NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**XY, LLC,**
*Appellant*

v.

**ABS GLOBAL, INC., GENUS PLC,**
*Appellees*

---

2016-2228

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01550.

---

**JUDGMENT**

---

KIRT S. O'NEILL, Akin, Gump, Strauss, Hauer & Feld, LLP, San Antonio, TX, argued for appellant. Also represented by DANIEL LYNN MOFFETT; REHAN M. SAFIULLAH, Houston, TX.

CONSTANTINE L. TRELA, JR., Sidley Austin LLP, Chicago, IL, argued for appellees. Also represented by STEVEN J. HOROWITZ.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (NEWMAN, DYK, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 23, 2018 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |